# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159038(62)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

AUTO-OWNERS INSURANCE COMPANY,
HOME-OWNERS INSURANCE COMPANY,
and CALEB CASANOVA,
      Plaintiffs-Appellees,

v

                                 SC: 159038
                                 COA: 339799

COMPASS HEALTHCARE PLC doing
business as COMPASS HEALTH, and
LANSING NEUROSURGERY,
      Defendants-Appellants.
_____/

Ingham CC: 16-000870-CK

On order of the Chief Justice, the motion of the Coalition Protecting Auto No-Fault (CPAN) to participate as amicus curiae and to file a brief amicus curiae is GRANTED. An amicus brief from CPAN will be accepted for filing if submitted within 21 days of the date of this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2019



Clerk